IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JULIUS L. HEARNS,

    Plaintiff,

v.                                                             4:24cv295–WS/MJF

ROBERT C. HALE, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed October 28, 2024. The magistrate judge recommends that this case be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has filed objections (ECF No. 13) to the report and recommendation.

    Having reviewed the record in light of Plaintiff's objections, the undersigned finds—as did the magistrate judge—that Plaintiff's claims are due to be dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b) for failure to state a claim upon which relief may be granted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 11) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are hereby DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b) for failure to state a claim.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall close the case.

DONE AND ORDERED this   21st   day of   November  , 2024.


                                s/ William Stafford  
                                WILLIAM STAFFORD  
                                SENIOR UNITED STATES DISTRICT JUDGE